**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David James Weinman <br> <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 16-24020 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, as Servicer for Lakeview Loan Servicing, LLC, and index same on the master mailing list.

Re: Loan # Ending In: 3758

    Respectfully submitted,

    **/s/ Matthew J. McClelland, Esquire**
    Matthew J. McClelland, Esquire
    mmcclelland@kmllawgroup.com
    Attorney I.D. No. 319482
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: 215-627-1322
    Fax: 215-627-7734
    Attorney for Movant/Applicant