**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David James Weinman** | Social Security number or ITIN **xxx–xx–8057** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–24020–GLT**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David James Weinman

2/6/17

**By the court:** <u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 16-24020-GLT
David James Weinman                                              Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: amaz              Page 1 of 1           Date Rcvd: Feb 06, 2017
                              Form ID: 318            Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2017.
db              David James Weinman,    3994 State Route 31,    Donegal, PA 15628-4035
14313336        Adventure Club FAC,    PO Box 78843,    Phoenix, AZ 85062-8843
14313339        Clearview Federal Credit Union,    1453 Beers School Rd,   Coraopolis, PA 15108-2509
14313340        Dollar Bank VISA,    PO Box 3969,    Pittsburgh, PA 15230-3969
14313341        Equiant Financial Service,    5401 N Pima Rd Ste 150,   Scottsdale, AZ 85250-2630
14313344        Greensky,   PO Box 530584,    Atlanta, GA 30353-0584
14313345        Intrust Bank/GS Loan Service,    1797 Northeast Expy NE,   Atlanta, GA 30329-7803
14313347        Melissa Weinman,    PO Box 411,    Scottdale, PA 15683-0411
14325409       +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJRWALSH.COM Feb 07 2017 01:23:00      James R. Walsh,
                 Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,   Johnstown, PA 15905-2545
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2017 01:47:09      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14313337        EDI: GMACFS.COM Feb 07 2017 01:23:00      Ally Financial,   PO Box 380901,
                 Bloomington, MN 55438-0901
14313338        E-mail/Text: bankruptcy@bbandt.com Feb 07 2017 01:46:57     BB&T,   PO Box 1704,
                 Clemmons, NC 27012-1704
14313342        E-mail/Text: bankrupt@zcapservices.com Feb 07 2017 01:47:21     Festiva Resorts,
                 1 Vance Gap Rd,   Asheville, NC 28805-1227
14313343        EDI: RMSC.COM Feb 07 2017 01:23:00      GECRB/YAMAHA,   PO Box 965073,   Orlando, FL 32896-5073
14313346        E-mail/Text: camanagement@mtb.com Feb 07 2017 01:46:59     M&T Bank,   PO Box 62182,
                 Baltimore, MD 21264-2182
14313349        EDI: NEXTEL.COM Feb 07 2017 01:23:00      Sprint,   PO Box 4191,   Carol Stream, IL 60197-4191
14313348        E-mail/Text: bankruptcy@bbandt.com Feb 07 2017 01:47:07     Sheffield,   PO Box 580229,
                 Charlotte, NC 28258-0229
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          James R. Walsh    jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;kmaris@spencecuster.com
           ;jwalsh@ecf.epiqsystems.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Matthew R. Schimizzi    on behalf of Debtor David James Weinman mrs@schimizzilaw.com,
           G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                            TOTAL: 5
```